# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**          :          1:21-CR-234-CJN
                                      :
         **v.**                       :
                                      :
**JOSEPH W. FISCHER**                 :

## ORDER

Upon consideration of the Defendant's Motion to Transfer Venue and Memorandum of Law in Support, it is hereby **ORDERED** that the Motion is **GRANTED**.

Date: _____          _____
                                      THE HONORABLE CARL J. NICHOLS
                                      United States District Court
                                      District of Columbia