UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | 1:21-CR-234 (CJN) |
| **JOSEPH W. FISCHER,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT REQUEST TO HOLD MOTION IN ABEYANCE

The United States of America and defendant Joseph W. Fischer ("Defendant") jointly request that the Court hold defendant Fischer's Motion to Transfer Venue (ECF No. 55) in abeyance. Fischer's motion, filed on January 12, explains that the Federal Public Defender is preparing a study of the Washington, D.C., jury pool, and that Fischer may seek to supplement his motion with that study's findings. ECF No. 55 at 4 n.3. The government's response to the motion is due February 4; its position is that the motion is premature before *voir dire*.

The parties have conferred and believe the best course is to hold defendant's motion in abeyance. At a later date, defendant may renew his motion, and the government will file its opposition thereafter (and defendant may then file a reply).

Respectfully submitted and agreed,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Alexis J. Loeb*
ALEXIS J. LOEB
California Bar No. 269895
Assistant United States Attorney
Detailee

2

United States Attorney's Office
for the District of Columbia
Telephone No. (415) 436-7168
alexis.loeb@usdoj.gov

Date:   1/27/22                              /s/ *Lori Ulrich* (by Alexis Loeb, with permission)
                                             Lori Ulrich
                                             Assistant Federal Public Defender
                                             Attorney for Defendant Joseph W. Fischer

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-234-CJN |
| v. : | |
| : | |
| JOSEPH W. FISCHER, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the parties' joint request to hold defendant Fischer's Motion to Transfer Venue (ECF No. 55) in abeyance, it is hereby

ORDERED that Fischer's Motion to Transfer Venue shall be held in abeyance and that the deadlines for the government's opposition and defendant's reply to the motion are hereby vacated. The defendant may renew his motion or file an amended motion at a later date.

Date: _____

HON. CARL J. NICHOLS
U.S. DISTRICT JUDGE