# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-234-CJN |
| : | |
| **JOSEPH W. FISCHER,** : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, submits this unopposed motion to respectfully request the rescheduling of the hearing on defendant's motion to dismiss (ECF No. 54), currently set for February 23, 2022. Government counsel will be away on a previously scheduled vacation through February 22 and will have difficulty traveling from California to Washington D.C. in time for a hearing at 1 p.m. on February 23. The parties are available February 24, February 28, or March 2–4 (except for other hearings scheduled for March 4 at 10:30 a.m. and 12 p.m.). The government has conferred with defense counsel regarding this motion, and defense counsel does not oppose the requested relief.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____/s/_____
ALEXIS J. LOEB
Assistant United States Attorney, Detailee
California Bar No. 269895
450 Golden Gate Ave, 11th Floor
San Francisco, CA 94102
Alexis.loeb@usdoj.gov
(415) 436-7168

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-234-CJN |
| v. : | |
| : | |
| JOSEPH W. FISCHER, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the United States' Unopposed Motion to Continue Hearing on Motion to Dismiss, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED that the February 23, 2022 hearing on defendant Fischer's Motion to Dismiss (ECF No. 54) is continued to _____ on _____, 2022. The parties shall appear for the hearing in person.

Date: _____

HON. CARL J. NICHOLS
U.S. DISTRICT JUDGE