# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-CR-234-CJN |
| | : | |
| v. | : | |
| | : | |
| JOSEPH W. FISCHER | : | |

## NOTICE

The defendant, Joseph W. Fischer, by and through his attorneys, hereby notifies this Honorable Court that, upon further reflection, counsel will not be filing a reply brief to the motion to dismiss pending in this matter.

Date:  February 22, 2022        Respectfully submitted:

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*lori_ulrich@fd.org*
*amanda_gaynor@fd.org*

*/s/ Eugene Ohm*
EUGENE OHM, ESQUIRE
Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C. 20004
Tel. No. (202) 208-7500
*eugene_ohm@fd.org*

*Attorneys for Joseph W. Fischer*

1

## CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Notice** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

Alexis Loeb, Esquire
Assistant United States Attorney
*alexis.loeb@usdoj.gov*


JOSEPH W. FISCHER


| | |
|---|---|
| Date:  February 22, 2022 | */s/ Lori J. Ulrich*<br>LORI J. ULRICH, ESQUIRE<br>Assistant Federal Public Defender<br>Attorney ID #55626<br>100 Chestnut Street, Suite 306<br>Harrisburg, PA 17101<br>Tel. No. (717) 782-2237<br>Fax No. (717) 782-3881<br>lori_ulrich@fd.org<br>*Attorney for Joseph W. Fischer* |

2