

# HEAD OF STATE WORKSHEET
U.S. Secret Service – Liaison Division (U.S. Capitol)

Date(s) of Visit: **Wednesday (01/06/2021)**

Visitor Full Name: **Vice President Michael Pence, Mrs. Pence & Charlotte Pence**

USCP (Tail) Car Rendezvous Location:   **The Naval Observatory**

USCP (Tail) Car Rendezvous Time

Number of Motorcade Vehicles:

USSS Liaison Supervisor:   **Lani Hawa**         Cell:

USSS VPD Lead Agent:      **Elizabeth Glavey**   Cell:

USSS Transportation SA (AM Shift)   **Earthy Donald**    Cell:
USSS Transportation SA (PM Shift)   **Kevin Kirby**      Cell:

USSS Command Post:   **Washington Field Office**   Tel:

USSS Pin color:

USSS Push Vehicles:

## ITINERARY:

| ARRIVAL TIME | ARRIVAL LOCATION | GREETER | DESTINATION | FUNCTION | DEPARTURE | DEPART TIME |
|---|---|---|---|---|---|---|
| 12:30 PM | Via M/C to Senate Carriage [1] | SSAA | **S-214** | Hold | Via foot en route House Chamber | 12:45 PM |
| 12:55 PM | House Chamber | N/A | **House Floor** | Electoral College Certification | Via foot en route S-214 | TBD |
| TBD | S-214 | N/A | **S-214/ Senate Chamber** | Hold/ Initiate Voting | Via foot en route House Chamber | TBD |
| TBD | House Chamber | N/A | **House Floor** | Continuation of Electoral College Certification | Via foot en route House Carriage | TBD |
| TBD | House Carriage | N/A | **House Carriage** | Motorcade Departure | Depart via M/C from House Carriage [2] | TBD |

*** Please anticipate multiple movements by the Vice President between the House Chamber, S-214 and the Senate Chamber prior to departure.***