### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:21-CR-234-CJN |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH W. FISCHER,** | : | |

### ORDER

Upon consideration of the Defendant's Motion for Leave to File Reply, it is hereby ORDERED that the Motion is GRANTED and that the Defendant is permitted to file a Reply to the Government's Response at ECF#67 by April 8, 2022.

Date:_____, 2022

_____
THE HONORABLE CARL J. NICHOLS
United States District Judge