## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **1:21-CR-234-CJN** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH W. FISCHER,** | : | |


### ENTRY OF APPEARANCE

TO THE CLERK:

      Please enter my appearance on behalf of Joseph W. Fischer in the above-

captioned case.

                              Respectfully submitted,

Date:  May 2, 2022                */s/ Amanda R. Gaynor, Esquire*
                                        AMANDA R. GAYNOR, ESQUIRE
                                        Staff Attorney
                                        Attorney ID# PA204831
                                        330 Pine Street, Ste. 302
                                        Williamsport, PA 17701
                                        Tel. No. 570-323-9314
                                        Fax No. 570-323-9836
                                        *Amanda_gaynor@fd.org*
                                        *Attorney for Joseph W. Fischer*

## <u>CERTIFICATE OF SERVICE</u>

I, Amanda R. Gaynor, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **ENTRY OF APPEARANCE**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

ALEXIS JANE LOEB, ESQUIRE
Assistant United States Attorney
a*lexis.loeb@usdoj.gov*

JOSEPH W. FISCHER

Date:  May 2, 2022                    */s/ Amanda R. Gaynor, Esquire*
                                      AMANDA R. GAYNOR, ESQUIRE
                                      Staff Attorney
                                      Attorney ID# PA204831
                                      330 Pine Street, Ste. 302
                                      Williamsport, PA 17701
                                      Tel. No. 570-323-9314
                                      Fax No. 570-323-9836
                                      *Amanda_gaynor@fd.org*
                                      *Attorney for Joseph W. Fischer*