# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-cr-234 (CJN)
)
Joseph W. Fischer )

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC  20253

Offense: 18 USC secs. 231(a)(3), 111(a)(1),2, 1512(c)(2),2, 1752(a)(1), 1752(a)(2), 40 USC secs 5104(e)(2)(D), (e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered on March 15, 2022, dismissing Count Three; Order, entered on May 30, 2022, denying motion for reconsideration

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

June 22, 2022                                 United States of America
DATE                                          APPELLANT
                                              Elizabeth H. Danello
                                              ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ✓
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal?                         YES ☐    NO ☐
Has counsel ordered transcripts?                               YES ☐    NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES ☐    NO ✓