UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-234-CJN |
| | : | |
| JOSEPH W. FISCHER, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion to modify defendant Joseph Fischer's conditions of pretrial release to restrict him from contacting the local public official specified on page 2 of the status report filed by Pretrial Services (ECF No. 94). Last month, the defendant contacted this public official, with whom he has no relationship, via social media. In a private message, he wrote, "By the way…Go F**k yourself. If you believed one word from your FBI buddy, then you're really stupid. When I win, your name will be one of the first on my lips. You're already in my book."

Pretrial Services recommended that the Court modify the defendant's conditions of release to include a condition that he refrain from contacting this official by any means, including social media. The government concurs, and has contacted defense counsel, who does not oppose the requested modification.

1

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:        /s/
                ALEXIS J. LOEB
                Assistant United States Attorney
                Detailee
                California Bar No. 269895
                450 Golden Gate Ave, 11th Floor
                San Francisco, CA 94102
                Alexis.loeb@usdoj.gov
                (415) 436-7168