UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-234-CJN |
| | : | |
| JOSEPH W. FISCHER, | : | |
| | : | |
| Defendant. | : | |

**PROPOSED ORDER GRANTING MOTION TO MODIFY CONDITIONS**

Having considered the government's unopposed motion to modify defendant Joseph Fischer's conditions of release, it is hereby

ORDERED that the defendant's conditions of pretrial release shall be modified to include the following additional condition: that the defendant must refrain from contacting the public official named in the pretrial status report (ECF No. 94, page 2, second line) by any means, including social media.

SO ORDERED.

Dated: _____, 2024

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

1