# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 1:21-CR-234 (CJN) |
| v. : | |
| : | |
| JOSEPH W. FISCHER, : | |
| : | |
| *Defendant*. : | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's Minute Order dated August 28, 2024, the parties hereby jointly submit the attached proposed scheduling order.

Respectfully submitted,

FOR THE DEFENDANT                                           FOR THE UNITED STATES

*/s/ Lori J. Ulrich*                                        MATTHEW M. GRAVES
LORI J. ULRICH                                              United States Attorney
Office of the Federal Public Defender                       D.C. Bar No. 481052
100 Chestnut Street
Harrisburg, PA 171014                                       */s/ Alexis J. Loeb*
(717) 782-2337                                              ALEXIS J. LOEB
lori_ulrich@fd.org                                          Assistant United States Attorney
                                                            (Detailed)
*/s/ Amanda Rachel Gaynor*                                  CA Bar No. 269895
AMANDA RACHEL GAYNOR                                        450 Golden Gate Ave., 11th Floor
Office of the Federal Public Defender                       San Francisco, CA 94102
330 Pine Street                                             (415) 436-7200
Suite 302                                                   alexis.loeb@usdoj.gov
Williamsport, PA 17701
(570) 323-9314                                              */s/ Isia Jasiewicz*
amanda_gaynor@fd.org                                        MONIKA (ISIA) JASIEWICZ
                                                            DC Bar No. 1024941
                                                            Assistant United States Attorney
                                                            District of Columbia
                                                            601 D St. NW
                                                            Washington, DC 20530
                                                            (202) 714-6446
                                                            isia.jasiewicz@usdoj.gov